**John C. HOLLAND, Claimant–Appellant,**

v.

**Eric K. SHINSEKI, Secretary of Veterans Affairs, Respondent–Appellee.**

**No. 2012–7017.**

United States Court of Appeals, Federal Circuit.

Jan. 26, 2012.

James R. Sweet, Department of Justice, David J. Barrans, Dana Raffaelli, Department of Veterans Affairs, Washington, DC, for Respondent–Appellee.

Sandra E. Booth, Columbus, OH, for Claimant–Appellant.

ON MOTION

*ORDER*

Upon consideration of the parties' stipulation of dismissal with prejudice pursuant to Fed. R.App. P. 42(b),*

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

---

* We note that the parties' request that this dismissal be with prejudice, however, it is not the practice of this court to dismiss with or without prejudice.